NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BANK OF AMERICA, N.A., FKA Countrywide Home Loans Servicing, LP, successor by merger to BAC Home Loans Servicing, LP, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; et al., <br><br> Defendants-Appellees. | No.   17-16200 <br><br> D.C. No. 2:16-cv-00381-JCM-PAL <br><br> ORDER* |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted March 11, 2019**
San Francisco, California

Before:  W. FLETCHER, WATFORD, and HURWITZ, Circuit Judges.

We vacate the order of the district court and remand for further proceedings

consistent with the opinion in *Bank of America, N.A. v. Arlington West Twilight*

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Homeowners Association*, No. 17-15796, filed today.

**VACATED and REMANDED.  Each party to bear its own costs.**